NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REDALE BENTON-FLORES,**
*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent*

---

2023-1664

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-13-0522-B-2.

---

**JUDGMENT**

---

CHRISTOPHER HUGH BONK, Gilbert Employment Law, PC, Silver Spring, MD, argued for petitioner. Also represented by KEVIN OWEN.

GALINA I. FOMENKOVA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2024
Date

Jarrett B. Perlow
Clerk of Court